# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00728-CR

Brandon Mmangarero Rangamar, Appellant

v.

The State of Texas, Appellee

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 73129, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Brandon Mmangarero Rangamar filed a notice of appeal from a judgment of conviction for violation of protective order by committing assault. *See* Tex. Penal Code § 25.07. However, the trial court certified that Rangamar waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Rangamar and his counsel signed the certification.

The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: December 10, 2014

Do Not Publish